UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOSIE ENID FELICIANO,

        Plaintiff,

v.                                               Case No:  5:19-cv-428-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Josie Enid Feliciano's ("Plaintiff") appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Disability Insurance Benefits ("DIB") after proceedings before an Administrative Law Judge ("ALJ").[1] On September 3, 2020, the United States Magistrate Judge issued a Report and Recommendation (the "Report and Recommendation") recommending that the ALJ's decision be affirmed (Doc. 24), to which Plaintiff filed objections (Doc. 25).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report and Recommendation (Doc. 24) to which Plaintiff objects, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 14.)

2

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 24) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** at Orlando, Florida, this 7 day of October, 2020.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record